**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ALLEGRE VILLA, A LIMITED
Partnership, *et al.*

Plaintiff,

**File No. 98-823**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

ANTHONY GARDENS APARTMENTS

Plaintiff,

**File No. 04-1309**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

ASPEN GREEN II

Plaintiff,

**File No. 05-647**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

---

EL PASEO, LTD.

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 04-1285**
(**Judge Christine O.C. Miller)**

---

FAIRVIEW PROPERTIES, LTD.

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1298**
(**Judge Christine O.C. Miller)**

---

FORT FAIRFIELD REALTY ASSOCIATES

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1375**
(**Judge Christine O.C. Miller)**

---

---

HOLCOMB RURAL HOUSING

Plaintiff,

**File No. 06-8**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

KALISPELL INVESTMENT GROUP

Plaintiff,

**File No. 05-1253**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

LAKE HAVASU INVESTMENT GROUP

Plaintiff,

**File No. 04-1291**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

---

MOJAVE VILLA APARTMENTS, A
Limited Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-819**
**(Judge Christine O.C. Miller)**

---

ONE EIGHTY-TWO HOUSING PARTNERS,
Limited Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 06-20**
**(Judge Christine O.C. Miller)**

---

RIPON ASSOCIATES 82, A LIMITED
Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-808**
**(Judge Christine O.C. Miller)**

---

STEPHENS ASSOCIATES LIMITED
Partnership

Plaintiff,

**File No. 05-846**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

UNION HOUSING PARTNERSHIP

Plaintiff,

**File No. 05-1361**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

YORK APARTMENTS

Plaintiff,

**File No. 05-670**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

DOTTA DRIVE ASSOCIATES

Plaintiff, **File No. 06-323**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

ADMIRALTY ASSOCIATES

Plaintiff, **File No. 06-343**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

VALENCIA INVESTORS

Plaintiff, **File No. 06-365**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of November 20, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court’s Alternative Dispute Resolution ("ADR")

pilot program.

As previously reported, the parties have reached a proposed settlement agreement that has been approved by the Department of Agriculture and recommended for approval within the Department of Justice. At this time, the Department of Justice is actively engaged in the approval process. Among other things, a high-level inter-agency meeting was held recently, at which the proposed agreement was discussed in detail. The Government anticipates that a final decision whether to approve the proposed settlement will be made by April 2, 2007.

The agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving approximately 800 properties – including this case. Plaintiffs formally submitted the agreement to defendant as an offer of settlement on August 23, 2006, after which status conferences with Judge Horn were held on August 25, 2006, September 27, 2006, October 19, 2006, November 16, 2006, December 8, 2006, January 9, 2007, and February 13, 2007. Defendant also filed status reports in connection with the ADR proceedings on January 8, 2007 and February 1, 2007. A further status conference with Judge Horn is scheduled for February 22, 2007, at which time the parties will further update Judge Horn as to the status of the settlement approval process.

Thus, the parties request that this matter continue to be stayed until the settlement agreement has been approved and executed by defendant. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

PETER D. KEISLER
Assistant Attorney General

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: February 20, 2007

**Filed Electronically
with the consent of the
Attorney for Defendant**

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

**s/ Kenneth S. Kessler**

KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 7026
Washington, D.C. 20530
Telephone: (202) 307-0313
Facsimile: (202) 305-7643

*Attorneys for Defendant*